Kenneth A. Plevan
Xiyin Tang
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

Attorneys for Defendants
The Estee Lauder Companies Inc.,
Estee Laboratories, LLC, and Estee Lauder Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

DONNA TOMASINO and all others similarly situated,

                Plaintiff,

- against -

THE ESTEE LAUDER COMPANIES INC.,
ESTEE LABORATORIES, LLC, and ESTEE LAUDER INC.

                Defendants.

------------------------------------x

Case 1:13-cv-04692 ERK-JMA

ECF CASE

ELECTRONICALLY FILED

**PLEASE TAKE NOTICE** that, upon: (1) Plaintiff's Complaint (ECF No. 1); (2) Plaintiff's Amended Complaint (ECF No. 8); and (3) Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action Complaint with Prejudice; Defendants will move this Court, before the Honorable Edward R. Korman, United States District Judge, in the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for an Order, pursuant to Federal Rules of

Civil Procedure 12(b)(1) and 12(b)(6), granting Defendants' motion to dismiss Plaintiff's Amended Complaint with prejudice.

Dated: October 29, 2013

Respectfully submitted,

*/s/ Kenneth A. Plevan*
Kenneth A. Plevan
Kenneth.Plevan@skadden.com
Xiyin Tang[1]
Xiyin.Tang@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3410

Attorneys for Defendants
The Estee Lauder Companies Inc., Estee
Laboratories, LLC, and Estee Lauder Inc.

---

[1] Member of the New York bar; not admitted in this Court.